DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE GOMEZ, LUCRECIA CARO, SUSAN A. CHIODO, RUTH ANN HINDS, WINIFRED FRANCOIS, HILDA GLASSMAN, MARGARITA GUERRA, MARCOS A. GUZMAN, CLAUDIA KRYSIAK, ANNETTE PUGLIESE, PEDRO E. RAMIREZ SANCHEZ** and **WILLIAM WOODWARD,**
Appellants,

v.

**SIDNEY FRADIN, HERMAN WEISS, ALEXANDER HIRSCH, JOHN C. NUSS** and **LAKES OF CARRIAGE HILLS CONDOMINIUM ASSOCIATION, INC.,**
Appellees.

No. 4D19-982

[August 13, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE-07-025012(5).

Kenneth J. Kavanaugh of Kenneth J. Kavanaugh, P.A., Davie, for appellants.

Joseph L. Ackerman, Jr. and Sandra I. Tart of Fowler White Burnett, P.A., West Palm Beach, for appellees Sidney Fradin, Herman Weiss and Alexander Hirsch.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***